FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2016 AUG 19 PM 3:52

CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

VIACHESLAV ZHUKOV, )
)
    Petitioner, )
)
v. ) CASE NOS. CV416-157
) CR414-196
UNITED STATES OF AMERICA, )
)
    Respondent. )
)

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation, to which no objections have been filed. (Doc. 3.) After a careful review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case. As a result, Petitioner's 28 U.S.C. § 2255 Petition is **DENIED**. In addition, the Court declines to impose any sanctions at this time. Should Petitioner continue to file frivolous habeas petitions, however, this Court will not hesitate to impose some degree of sanctions for his abusive behavior. Finally, Petitioner is not entitled to a Certificate of Appealability, rendering moot any request for in forma pauperis status on appeal. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 19th day of August 2016.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA